IN RE APPLICATION OF DONALD AND HEALY FOR PROCESS OF SUBPŒNA.

Submitted March 22, 1915—Decided June 14, 1915.

On appeal from the Supreme Court.

For the appellants, *Bleakly & Stockwell.*

For the respondent, *Lewis Starr.*

PER CURIAM.

On application under the statute Mr. Justice Garrison made an order for a *subpœna duces tecum* in an action pending in Oregon. Subsequently, by consent of counsel, a motion to quash this order was made before him, sitting as the Supreme Court. He denied the motion and this appeal was taken. The procedure followed was that adopted *In re Edison*, 68 *N. J. L.* 494. Obviously, this appeal is an attempt to review the action of the Supreme Court with reference to its own process. Such action is not appealable. *Coryell* v. *Holcombe*, 9 *N. J. Eq.* 650; *Doland's Case*, 69 *Id.* 802. Whether or not the case could be brought to this court in case the Supreme Court should award a *certiorari* to review the original order as one made by the justice only as a person designated by the statute, as in the case of the appointment of commissioners to condemn land, is a question we are not now called upon to decide. The appeal is dismissed, with costs.